UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-CV-178 |
| | ) (Phillips) |
| XMEX TRANSPORT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum opinion entered this date:

**IT IS HEREBY ORDERED** that defendants' motions to transfer venue pursuant to 28 U.S.C. § 1404(a) are **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss are **GRANTED**, whereby this action is **DISMISSED.**

Dated at Knoxville, Tennessee, this 25th day of February, 2013.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT